**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

---

Court File No. 02-CV-345 DSD/SRN

**STIPULATION** AND ORDER

WHEREAS, on August 1, 2002, Washington Square Securities, Inc. ("WSSI") served on Cameron Benton ("Benton") a Notice of Deposition of Cameron Benton scheduled for September 11, 2002; and

WHEREAS, on August 19, 2002, Benton informed counsel for WSSI that he was unavailable until September 13, 2002; and

WHEREAS, WSSI's counsel have other scheduled events on September 13, 2002, and cannot attend a deposition in Salida, Colorado; and

WHEREAS, both counsel for WSSI and Benton can attend a deposition the week of September 16, 2002.

THEREFORE, WSSI and Benton hereby stipulate that the Court may enter an Order in the form attached as Exhibit A extending the deadline for discovery solely for the purpose of completing depositions. No other deadlines set forth in the Scheduling Order shall be extended as a result of this Stipulation.

SEP [illegible] 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

Dated: 8/27/02

Cameron Benton
Pro Se
42400 County Road T
Sagauche, CO 81149

Dated: 9/3/02

Washington Square Securities, Inc.
By and through its Counsel
BRIGGS AND MORGAN, P.A.
Frank A. Taylor (#206115)
Paul C. Thissen (#241416)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-345

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

**ORDER**

Pursuant to the parties' Stipulation and in accordance with the Federal Rules of Civil Procedure and applicable local rules, the Scheduling Order in this case is amended to allow the parties until September 20, 2002, to complete scheduled depositions.

Dated: September 5, 2002

BY THE COURT:
Susan Richard Nelson



1439637v1