UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-CV-345 DSD/SRN

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

STIPULATION AND ORDER

Washington Square Securities, Inc. ("WSSI") and Cameron Benton ("Benton") hereby stipulate that the Court may enter an Order allowing WSSI to serve and file the Amended Complaint attached hereto as Exhibit A.

Dated: 9/11/02

Cameron Benton
Pro Se
42400 County Road T
Sagauche, CO 81149

Dated: 9/17/02

Washington Square Securities, Inc.
By and through its Counsel
BRIGGS AND MORGAN, P.A.
Frank A. Taylor (#206115)
Paul C. Thissen (#241416)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400



FILED SEP 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-345

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

**ORDER**

Pursuant to the parties' Stipulation and in accordance with Fed. R. Civ. P. 15(a), Washington Square Securities, Inc. ("WSSI") may serve and file and Amended Complaint in the form attached as Exhibit A.

Dated: September 18, 2002

BY THE COURT:

Susan Richard Nelson



1442118v1