**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

Court File No. 02-CV-345
(DSD/JMM)

**ORDER FOR DISMISSAL**

Based on the Stipulation of the parties, and after reviewing the pleadings and papers on file in this matter,

**IT IS HEREBY ORDERED:**

1. Washington Square Securities, Inc.'s complaint against Cameron Benton is dismissed.

BY THE COURT:

Dated: 11/22, 2002

United States District Court Judge

FILED 11-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1439631v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Washington Square Securities, Inc.,

Plaintiff,

vs.

Cameron Benton,

Defendant.

Court File No. 02-CV-345
(DSD/JMM)

**STIPULATION FOR DISMISSAL AND ORDER**

WHEREAS, Washington Square Securities, Inc. ("WSSI") sued Cameron Benton in United States District Court for the District of Minnesota; and

WHEREAS, the parties have agreed upon a settlement in this case, and

WHEREAS, WSSI wishes to dismiss voluntarily its claims against Benton; and

WHEREAS, Benton does not object to the dismissal of the claims.

THEREFORE, the parties, by and through their counsel, stipulate:

1. The Court may enter an Order in the form attached as Exhibit A dismissing WSSI's complaint.

Cameron Benton

Paul Thissen (241416) Julie Firestone (029083X)
BRIGGS AND MORGAN
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400
FOR WASHINGTON SQUARE SECURITIES, INC.

1439631v1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

# EXHIBIT A